OFFICIAL NOTICE FROM COURT OF CRIMINAL APPEALS OF TEXAS
P.O. BOX 12308, CAPITOL STATION, AUSTIN, TEXAS 78711

OFFICIAL BUSINESS
STATE OF TEXAS
PENALTY FOR
PRIVATE USE

UNITED STATES POSTAGE
PITNEY BOWES

02 1M
0004279596
MAILED FROM ZIP CODE

$ 00.26⁵

APR 30 2015

4/29/2015

TURNER, JAMES DANIEL    Tr. Ct. No. W87-88357-L (C)    WR-6,771-11

This is to advise that the Court has denied without written order the application for writ of habeas corpus.

Abel Acosta, Clerk

JAMES DANIEL TURNER
~~HUNTSVILLE UNIT~~ - TDC # 488478
~~815 12TH STREET~~
~~HUNTSVILLE, TX 77342~~

U TF

M3B  77340